# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129003 & (23)

KOSTADIN BOGOJEVSKI,
       Plaintiff-Appellee,

v

C.F. BURGER CREAMERY CO., INC.,
And ZURICH AMERICAN INSURANCE
COMPANY,
       Defendants-Appellants.
_____

SC:    129003
CoA:  259322
WCAC:  03-0138

On order of the Chief Justice, the parties having jointly advised the Court of an impending settlement and having requested remand for a redemption hearing, IT IS ORDERED that the application for leave to appeal is DISMISSED without prejudice to its reinstatement upon the promptly filed motion of either party in the event the redemption proceedings fail to resolve the case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2005

Clerk